

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2022

No. 04-22-00292-CR

David **CASTILLO**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 20-01-003847-ZCRAJA
Honorable Amado J. Abascal III, Judge Presiding

## O R D E R

On December 16, 2022, appellant filed a motion requesting leave to correct certain typographical errors on page 13 of his appellant's brief. The motion is GRANTED.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court